**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony Ayeni JONES, Defendant–**
**Appellant.**

No. 03–6072.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 4, 2003.

Anthony Ayeni Jones, Appellant Pro Se.
Jamie M. Bennett, Assistant United States
Attorney, Robert Reeves Harding, Assistant United States Attorney, Baltimore,
Maryland, for Appellee.

Before NIEMEYER and SHEDD,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

**PER CURIAM:**

Anthony Jones seeks to appeal the district court's order denying relief on his
motion filed under 28 U.S.C. § 2255 (2000).
The order is not appealable unless a circuit
justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any
dispositive procedural rulings by the district court are also debatable or wrong.
*See Miller–El v. Cockrell,* 537 U.S. 322,
123 S.Ct. 1029, 1039, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th
Cir.), *cert. denied,* 534 U.S. 941, 122 S.Ct.
318, 151 L.Ed.2d 237 (2001). We have
independently reviewed the record and
conclude that Jones has not made the requisite showing. Accordingly, we deny a
certificate of appealability and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*DISMISSED.*